B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cico, Ivan Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5046** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1612 W. Touhy Ave.**<br>**Chicago, IL**<br>ZIP Code **60626** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(4/10)** Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Cico, Ivan Jr.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Cico, Ivan Jr.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Ivan Cico, Jr.**
Signature of Debtor **Ivan Cico, Jr.**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 27, 2011**
Date

**Signature of Attorney\***

**X** **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)
**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)
**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004 Fax: 312-663-1514**
Telephone Number

**January 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ivan Cico, Jr.**                                                                     Case No.
                                        Debtor(s)                                              Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                        Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ivan Cico, Jr.**
                      **Ivan Cico, Jr.**

Date:   **January 27, 2011**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ivan Cico, Jr.**                                     Case No.
                         Debtor(s)                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Adamski & Conti**<br>**100 North LaSalle St., Suite 1720**<br>**Chicago, IL 60602** | **Adamski & Conti**<br>**100 North LaSalle St., Suite 1720**<br>**Chicago, IL 60602** | **Legal Fees** | **Disputed** | **Unknown** |
| **Banco Popular**<br>**PO BOX 690547**<br>**Orlando, FL 32869-0547** | **Banco Popular**<br>**PO BOX 690547**<br>**Orlando, FL 32869-0547** | | | **9,000.00** |
| **Bank of America**<br>**4500 Amon Carter Blvd**<br>**Ft. Worth, TX 76155** | **Bank of America**<br>**4500 Amon Carter Blvd**<br>**Ft. Worth, TX 76155** | **1230 W. Chase Ave, Chicago, IL 60626** | | **290,000.00**<br><br>**(155,000.00 secured)** |
| **Bank of America**<br>**4500 Amon Carter Blvd**<br>**Ft. Worth, TX 76155** | **Bank of America**<br>**4500 Amon Carter Blvd**<br>**Ft. Worth, TX 76155** | **1612 W. Touhy Ave, Chicago, IL 60626** | | **570,000.00**<br><br>**(350,000.00 secured)** |
| **Chase Bank**<br>**PO BOX 15153**<br>**Wilmington, DE 19886-5153** | **Chase Bank**<br>**PO BOX 15153**<br>**Wilmington, DE 19886-5153** | | | **7,000.00** |
| **City of Chicago**<br>**PO Box 6330**<br>**Chicago, IL 60680** | **City of Chicago**<br>**PO Box 6330**<br>**Chicago, IL 60680** | | | **Unknown** |
| **ComEd**<br>**PO BOX 6111**<br>**Carol Stream, IL 60197** | **ComEd**<br>**PO BOX 6111**<br>**Carol Stream, IL 60197** | **Electric Bill** | | **Unknown** |
| **Estate of Gambino**<br>**c/o Michael Braun**<br>**33 N. Dearborn**<br>**Chicago, IL 60602** | **Estate of Gambino**<br>**c/o Michael Braun**<br>**33 N. Dearborn**<br>**Chicago, IL 60602** | **Judgment in Circuit Court of Cook County** | **Disputed** | **Unknown** |
| **ING Bank**<br>**PO BOX 23016**<br>**Jacksonville, FL 32241-3019** | **ING Bank**<br>**PO BOX 23016**<br>**Jacksonville, FL 32241-3019** | **2949 N. Honore Ave, Chicago, IL 60657** | | **1,040,000.00**<br><br>**(750,000.00 secured)** |
| **ING Bank**<br>**PO BOX 23016**<br>**Jacksonville, FL 32241-3019** | **ING Bank**<br>**PO BOX 23016**<br>**Jacksonville, FL 32241-3019** | **3013 N. Honore Ave, Chicago, IL 60657** | | **990,000.00**<br><br>**(750,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re **Ivan Cico, Jr.** / Debtor(s)      Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **MB Financial**<br>6111 N. River Rd.<br>Rosemont, IL 60018 | **MB Financial**<br>6111 N. River Rd.<br>Rosemont, IL 60018 | 2921 W. Glenlake Ave, Chicago, IL 60659 | | **2,330,000.00**<br><br>(1,312,000.00 secured) |
| **MB Financial**<br>6111 N. River Rd.<br>Rosemont, IL 60018 | **MB Financial**<br>6111 N. River Rd.<br>Rosemont, IL 60018 | 6318 N. Albany Ave, Chicago, IL 60659 | | **1,070,000.00**<br><br>(750,000.00 secured) |
| **One West Bank**<br>300 N. County Rd. 427<br>Longwood, FL 32750 | **One West Bank**<br>300 N. County Rd. 427<br>Longwood, FL 32750 | 2951 N. Honore Ave, Chicago, IL 60657 | | **890,000.00**<br><br>(750,000.00 secured) |
| **Peoples Gas**<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | **Peoples Gas**<br>130 E. Randolph Dr.<br>Chicago, IL 60601 | Gas bill | | **Unknown** |
| **Saxon Mortgae**<br>PO BOX 161486<br>Ft. Worth, TX 76161-1486 | **Saxon Mortgae**<br>PO BOX 161486<br>Ft. Worth, TX 76161-1486 | 3017 N. Honore Ave, Chicago, IL 60657 | | **899,000.00**<br><br>(750,000.00 secured) |
| **Sovereign Bank**<br>PO BOX 14683<br>Reading, PA 19612 | **Sovereign Bank**<br>PO BOX 14683<br>Reading, PA 19612 | 1521 W. Sherwin Ave, Chicago, IL 60626 | | **3,314,000.00**<br><br>(2,200,000.00 secured) |
| **Sovereign Bank**<br>PO BOX 14683<br>Reading, PA 01962 | **Sovereign Bank**<br>PO BOX 14683<br>Reading, PA 01962 | 1608 W. Sherwin Ave, Chicago, IL 60626 | | **4,440,000.00**<br><br>(3,735,000.00 secured) |
| **Suntrust Mortgage**<br>901 Semmes Ave<br>Richmond, VA 23224 | **Suntrust Mortgage**<br>901 Semmes Ave<br>Richmond, VA 23224 | 2953 N. Honore Ave, Chicago, IL 60657 | | **1,020,000.00**<br><br>(750,000.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Ivan Cico, Jr.**  
　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　I, **Ivan Cico, Jr.**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 27, 2011**　　　　　　　　Signature  **/s/ Ivan Cico, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Ivan Cico, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

　　*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

**B6D (Official Form 6D) (12/07)**

In re  **Ivan Cico, Jr.**  ,  Case No. _____
                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3522** <br><br> **Bank of America** <br> **4500 Amon Carter Blvd** <br> **Ft. Worth, TX 76155** | | - | **Mortgage 1st** <br><br> **1612 W. Touhy Ave, Chicago, IL 60626** <br><br><br> Value $ 350,000.00 | | | | 570,000.00 | 220,000.00 |
| Account No. **xxxxx0433** <br><br> **Bank of America** <br> **4500 Amon Carter Blvd** <br> **Ft. Worth, TX 76155** | | - | **Mortgage 1st** <br><br> **1230 W. Chase Ave, Chicago, IL 60626** <br><br><br> Value $ 155,000.00 | | | | 290,000.00 | 135,000.00 |
| Account No. **xxxxxx6862** <br><br> **Harris NA** <br> **PO BOX 6201** <br> **Carol Stream, IL 60197-6201** | | - | **Car Loan** <br><br> **2009 Hummer H2** <br><br><br> Value $ 45,000.00 | | | | 35,000.00 | 0.00 |
| Account No. **xxxxx8008** <br><br> **ING Bank** <br> **PO BOX 23016** <br> **Jacksonville, FL 32241-3019** | | - | **Mortgage 1st** <br><br> **2949 N. Honore Ave, Chicago, IL 60657** <br><br><br> Value $ 750,000.00 | | | | 1,040,000.00 | 290,000.00 |
| **2** continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,935,000.00 | 645,000.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Ivan Cico, Jr.**, Case No. _____
                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx2905**<br><br>**ING Bank**<br>**PO BOX 23016**<br>**Jacksonville, FL 32241-3019** | | - | **Mortgage 1st**<br><br>**3013 N. Honore Ave, Chicago, IL 60657**<br><br>Value $ 750,000.00 | | | | 990,000.00 | 240,000.00 |
| Account No. **xx4660**<br><br>**MB Financial**<br>**6111 N. River Rd.**<br>**Rosemont, IL 60018** | | - | **Mortgage 1st**<br><br>**6318 N. Albany Ave, Chicago, IL 60659**<br><br>Value $ 750,000.00 | | | | 1,070,000.00 | 320,000.00 |
| Account No. **xx5115**<br><br>**MB Financial**<br>**6111 N. River Rd.**<br>**Rosemont, IL 60018** | | - | **Mortgage 1st**<br><br>**2921 W. Glenlake Ave, Chicago, IL 60659**<br><br>Value $ 1,312,000.00 | | | | 2,330,000.00 | 1,018,000.00 |
| Account No. **xxxxxx8191**<br><br>**One West Bank**<br>**300 N. County Rd. 427**<br>**Longwood, FL 32750** | | - | **Mortgage 1st**<br><br>**2951 N. Honore Ave, Chicago, IL 60657**<br><br>Value $ 750,000.00 | | | | 890,000.00 | 140,000.00 |
| Account No. **xxxxxx3493**<br><br>**One West Bank**<br>**300 N. County Rd. 427**<br>**Longwood, FL 32750** | | - | **Mortgage 2nd**<br><br>**3017 N. Honore Ave, Chicago, IL 60657**<br><br>Value $ 750,000.00 | | | | 199,000.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)     5,479,000.00     1,718,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ivan Cico, Jr.**                                  ,    Case No. _____
                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx3779<br><br>Saxon Mortgae<br>PO BOX 161486<br>Ft. Worth, TX 76161-1486 | - | | **Mortgage 1st**<br><br>**3017 N. Honore Ave, Chicago, IL 60657**<br><br>Value $ 750,000.00 | | | | 899,000.00 | 149,000.00 |
| Account No. xxx0894<br><br>Sovereign Bank<br>PO BOX 14683<br>Reading, PA 19612 | - | | **Mortgage 1st**<br><br>**1521 W. Sherwin Ave, Chicago, IL 60626**<br><br>Value $ 2,200,000.00 | | | | 3,314,000.00 | 1,114,000.00 |
| Account No. xxx0896<br><br>Sovereign Bank<br>PO BOX 14683<br>Reading, PA 01962 | - | | **Mortgage 1st**<br><br>**1608 W. Sherwin Ave, Chicago, IL 60626**<br><br>Value $ 3,735,000.00 | | | | 4,440,000.00 | 705,000.00 |
| Account No. xxxxx0948<br><br>Suntrust Mortgage<br>901 Semmes Ave<br>Richmond, VA 23224 | - | | **Mortgage 1st**<br><br>**2953 N. Honore Ave, Chicago, IL 60657**<br><br>Value $ 750,000.00 | | | | 1,020,000.00 | 270,000.00 |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

Sheet  **2**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    9,673,000.00    2,238,000.00

Total (Report on Summary of Schedules)    17,087,000.00    4,601,000.00

B6E (Official Form 6E) (4/10)

In re    **Ivan Cico, Jr.**                                                         ,      Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                          **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Ivan Cico, Jr.** , Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Adamski & Conti**<br>**100 North LaSalle St., Suite 1720**<br>**Chicago, IL 60602** | | - | **Legal Fees** | | | X | **Unknown** |
| Account No. **xxxxxxxxxxxx0000**<br><br>**Banco Popular**<br>**PO BOX 690547**<br>**Orlando, FL 32869-0547** | | - | | | | | **9,000.00** |
| Account No. **xxxxxxxx0000**<br><br>**Chase Bank**<br>**PO BOX 15153**<br>**Wilmington, DE 19886-5153** | | - | | | | | **7,000.00** |
| Account No. **various accounts**<br><br>**City of Chicago**<br>**PO Box 6330**<br>**Chicago, IL 60680** | | - | | | | | **Unknown** |

\_\_**1**\_\_ continuation sheets attached

Subtotal (Total of this page)  **16,000.00**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Ivan Cico, Jr.**, Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various accounts** <br><br>**ComEd** <br>**PO BOX 6111** <br>**Carol Stream, IL 60197** | | - | **Electric Bill** | | | | **Unknown** |
| Account No. <br><br>**Estate of Gambino** <br>**c/o Michael Braun** <br>**33 N. Dearborn** <br>**Chicago, IL 60602** | | - | **Judgment in Circuit Court of Cook County** | | | X | **Unknown** |
| Account No. **various accounts** <br><br>**Peoples Gas** <br>**130 E. Randolph Dr.** <br>**Chicago, IL 60601** | | - | **Gas bill** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

Total (Report on Summary of Schedules)     **16,000.00**

.

Adamski & Conti
100 North LaSalle St., Suite 1720
Chicago, IL 60602


Banco Popular
PO BOX 690547
Orlando, FL 32869-0547


Bank of America
4500 Amon Carter Blvd
Ft. Worth, TX 76155


Chase Bank
PO BOX 15153
Wilmington, DE 19886-5153


City of Chicago
PO Box 6330
Chicago, IL 60680


ComEd
PO BOX 6111
Carol Stream, IL 60197


Estate of Gambino
c/o Michael Braun
33 N. Dearborn
Chicago, IL 60602


Harris NA
PO BOX 6201
Carol Stream, IL 60197-6201


ING Bank
PO BOX 23016
Jacksonville, FL 32241-3019


MB Financial
6111 N. River Rd.
Rosemont, IL 60018


One West Bank
300 N. County Rd. 427
Longwood, FL 32750

```
Peoples Gas
130 E. Randolph Dr.
Chicago, IL 60601


Saxon Mortgae
PO BOX 161486
Ft. Worth, TX 76161-1486


Sovereign Bank
PO BOX 14683
Reading, PA 19612


Sovereign Bank
PO BOX 14683
Reading, PA 01962


Suntrust Mortgage
901 Semmes Ave
Richmond, VA 23224
```